In the Matter of the Judicial Settlement of the Final Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee for the Benefit of JOHN C. UHRLAUB, JR., under the Last Will and Testament of JOHN C. UHRLAUB, Deceased. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 26, 1931, with notice of argument for November 10, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Summary Proceedings to Compel JOSEPH LINDE, Attorney at Law, to Turn over Certain Moneys and Papers Belonging to REBECCA B. APPEL and REBECCA APPEL, as Administratrix, etc., of ABRAHAM BEUTLER, Also Known as ABRAHAM BEITLER, Deceased, and to Execute a Substitution of Attorneys.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CONGALAM ROOF CORPORATION v. ALAMAC-ESPLANADE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 31, 1931, with notice of argument for November 17, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KATE KRONEN v. HERMAN A. NEHMELMAN, Individually and as Administrator etc., of JOHN NEHMELMAN, Deceased, and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ISRAEL GOLDBERG for an Order of Mandamus Directed to AMERICAN BEN. MINSKER ASSOCIATION, an Unincorporated Association, by NATHAN RIFKIN and Others, as Trustees.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SOLOMON SIEGER v. WILLIAM L. CROW CONSTRUCTION COMPANY, INC,, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J. McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL KAHANOWITZ v. SAMUEL KAHANOWITZ.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE FLATTO v. REBECCA SLATER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 16, 1931, with notice of argument for December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHERMAN CREEK REALTY CORPORATION v. JAMES J. SCHWEBEL, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX FIERING and Others v. MORRIS MARKIN.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.